MARY SIMMONS ANDREWS, by Her Next Friend, JOSEPH B. CHESHIRE, ALEX A. MARKS, and LAWRENCE H. MARKS, v. GURNEY P. HOOD, Commissioner of Banks.

(Filed 1 January, 1935.)

Appeal by plaintiffs from *Grady, J.,* at May Term, 1934, of Wake. Reversed.

From judgment that neither of the plaintiffs is entitled to preferential payment of his claim against the North Carolina Bank and Trust Company, each of the plaintiffs appealed to the Supreme Court.

*Murray Allen for plaintiffs.*
*Brooks, McLendon & Holderness for defendant.*

Connor, J. The pertinent facts in this case are identical with those in *Andrews v. Hood, Comr., ante,* 499. In accordance with the opinion on the appeal in that case, the judgment is

Reversed.